# STATE OF MICHIGAN

# COURT OF APPEALS

TWO HUNDRED EIGHTY-FIVE WEST
HICKORY GROVE, LLC,

Plaintiff-Appellee,

v

ELBERT L. HATCHETT and LAURESTINE
HATCHETT,

Defendants-Appellants,

and

UNITED STATES OF AMERICA and
DEPARTMENT OF TREASURY,

Defendants.

UNPUBLISHED
March 15, 2016

No.   324300
Oakland Circuit Court
LC No.   2014-138370-CH

Before:  STEPHENS, P.J., and CAVANAGH and MURRAY, JJ.

STEPHENS, J. *(concurring)*

I concur in result only.

/s/ Cynthia Diane Stephens

-1-